CLARENCE G. SMALLWOOD, Respondent, v. MARY M. WILLIAMS and NELLA WILLIAMS THOMPSON, Appellants, and Others, Defendants.— Action on a foreign judgment and to set aside an assignment of a legacy by the judgment debtor, Williams, to defendant Thompson. Resettled order, dated April 29, 1935, denying appellants' motion to vacate the attachment, to set aside the service of the summons and complaint, and to dismiss the complaint, affirmed, in so far as appealed from, with ten dollars costs and disbursements, with leave to answer within twenty days from the entry of the order herein. Appeal from order dated March 25, 1935, dismissed. No opinion. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

EDWIN W. SPENCER, Respondent, v. CHARLES G. SAPORITO, Appellant.— The action is by a motorcycle police officer to recover damages for injuries sustained because of defendant's negligence, resulting in a collision between their motor vehicles. The plaintiff was in the performance of his duties in pursuing a speeding car and was about to pass defendant's car when defendant, without giving a signal, first veered to the left and then turned sharply to the right to drive into a garage. There was no exception to the charge of the court on the subject of contributory negligence. The theory now advanced by appellant was not raised on the trial or presented to the jury. The question of the contributory negligence of the plaintiff was one of fact. (McDade v. International Ry. Co., 235 N. Y. 11; Hall v. Hepp, 210 App. Div. 149.) Judgment for plaintiff unanimously affirmed, with costs. Present — Lazansky, P. J., Carswell, Tompkins, Davis and Johnston, JJ.

ALANSON SWISHER, Appellant, v. JACK ROSENBERG, Respondent.— Plaintiff appeals from a judgment entered on a verdict of $200 in a negligence action on the ground of inadequacy. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.